UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, LLC, <br> misnamed as LOWE'S COMPANIES, <br> INC., <br><br> Defendant. | 1:21-cv-00362-LEW |

## ORDER ON MOTION FOR DEFAULT JUDGMENT

Plaintiff has moved for default judgment due to Defendant's failure to file an answer to Plaintiff's complaint. *See* Pl.'s Mot. (ECF No. 5). But default judgment is unwarranted here, because Plaintiff has failed to serve Defendant with a summons that complies with the requirements of Federal Rule of Civil Procedure 4. Those requirements include, *inter alia*, that the summons be signed and stamped by the clerk of the court, Fed. R. Civ. P. 4(b), that the summons be "served with a copy of the complaint," Fed. R. Civ. P. 4(c), and that the summons be served upon Defendant's officer or agent, Fed. R. Civ. P. 4(h). *See also* Fed. R. Civ. P. 4(a)(1) (listing required contents of summons). As Plaintiff has not yet served Defendant in a manner that complies with these requirements and Defendant has not waived service, Defendant is not yet "required to take action in" this case and, therefore, is not subject to a default judgment. *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999).

Plaintiff's Motion for Default Judgment (ECF No. 5) is DENIED WITHOUT PREJUDICE. Plaintiff has until March 17, 2022—ninety days after the Complaint was filed—to serve a sufficient summons on Defendant. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated this 16th day of February, 2022

                                                /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE