UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:21-cv-00362-LEW |
| ) | |
| LOWES COMPANIES, INC. ) | |
| ) | |
| Defendant, ) | |

JUDGMENT OF DISMISSAL

In accordance with the Order on Defendant's Motion for Sanctions entered by U.S. District Court Judge Lance E. Walker on February 12, 2024,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Meghan York
      Deputy Clerk

Dated: February 13, 2024