United States District Court
District of Maine

Nathan Reagan           )        No. 1:21-cv-00362-LEW
                        )
                        )
v.                      )
                        )
Lowes                   )

Plaintiffs notice of appeal

The plaintiff Nathan Reagan, respectfully appeals the courts final decision entered on February 13th 2024 to the first circuit court of appeals.

Dated February 28th 2024

Nathan Reagan
pro se
773 Lower Detroit rd.
Plymouth Me. 04469
207-745-7575
nathan@membershipauto.com